UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

| | |
|---|---|
| ZAKARY COPELAND,<br>    Plaintiff | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES** |
| V. | |
| COMMISSIONER of SOCIAL SECURITY,<br>    Defendant | CASE NUMBER: 1:15-CV-00096-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

    ☒ The clerk is directed to file the complaint.

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTER this  22nd  day of  January , 2015 .

/s/ Barbara A. McAuliffe
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer