UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKARY COPELAND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:15-cv-00096-BAM<br><br>**ORDER EXTENDING BRIEFING SCHEDULE**<br><br>(Doc. 9) |

　　　　Based on the parties' stipulation (Doc. 9), and for good cause being shown, IT IS HEREBY ORDERED,

　　　　1. The parties' stipulation allowing Plaintiff an extension of time to serve her Confidential Letter Brief is **GRANTED**. (Doc. 9);

　　　　2. Plaintiff shall have up to and including **August 12, 2015**, in which to submit her Confidential Letter Brief to Defendant;

　　　　3. All other deadlines set forth in the January 22, 2015, Scheduling Order are modified accordingly.

IT IS SO ORDERED.

　　Dated:   **July 16, 2015**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1