Melissa Newel (SBN CA#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA 94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
ZAKARY COPELAND

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON (SBN PA #46355)
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8955
donna.w.anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKARY COPELAND,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant. | No. 1:15-CV-00096 (BAM)<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

1  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and
2  with the approval of the Court, that Plaintiff shall have a second extension of time of thirty (30)
3  days to serve his Confidential Letter Brief. Counsel for Plaintiff respectfully requests this
4  additional time due to a serious illness in her family.  The new date for Plaintiff's Confidential
5  Letter Brief shall be on or before **September 11, 2015**.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 12, 2015 | NEWEL LAW |
|  | By: *Melissa Newel* |
|  | Melissa Newel |
|  | Attorney for Plaintiff |
|  | ZAKARY COPELAND |
| Dated: August 12, 2015 | BENJAMIN B. WAGNER |
|  | United States Attorney |
|  | DEBORAH LEE STACHEL |
|  | Acting Regional Chief Counsel, Region IX |
|  | Social Security Administration |
|  | By: Donna Anderson* |
|  | Donna W. Anderson |
|  | (*authorized by email dated 8/12/2015) |
|  | Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

### ORDER

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including September 11, 2015, to serve his confidential letter brief.  All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **August 12, 2015**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE