UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ZAKARY COPELAND,<br><br>            Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 1:15-CV-00096-BAM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER<br><br>(Doc. 13) |

Plaintiff Zakary Copeland, proceeding in forma pauperis, initiated this action on January 20, 2015.  (Doc. 1.)  Defendant Commissioner of Social Security lodged the certified administrative record on June 10, 2015.  (Doc. 8.)  Thereafter, on July 16, 2015, the Court granted Plaintiff's request for an extension of time to August 12, 2015, in which to submit a confidential letter brief to Defendant.  (Doc. 10.)  On August 12, 2015, the Court granted the parties' joint stipulation for a second extension of time until September 11, 2015, for Plaintiff to serve his confidential letter brief.  The requested extension was due to a serious illness in Plaintiff's counsel's family.  (Doc. 12.)

On November 2, 2015, Plaintiff submitted an untimely motion for a third extension of time to submit his confidential letter brief. (Doc. 13.) Plaintiff's counsel, a solo practitioner, represents that additional time is needed due to a critical illness in her family. According to counsel's declaration, her father was hospitalized in the Critical Care Unit with a life-threatening illness in August and September 2015. He was later transferred to a rehabilitation facility in mid-September 2015. Plaintiff's counsel has been traveling to and from her residence in Oakland, California to the hospital and rehabilitation center in Fresno, California. Due to these circumstances, counsel failed to timely serve the confidential letter brief. (Doc. 13, Declaration of Melissa Newel ("Newel Dec.") ¶ 2.) Plaintiff requests an extension of time to November 17, 2015, to submit his confidential letter brief. Defendant's counsel reportedly does not oppose the motion requesting an extension of time. (Newel Dec. ¶ 3.)

Having considered Plaintiff's unopposed motion and finding good cause, IT IS HEREBY ORDERED that Plaintiff's motion to modify the Scheduling Order is GRANTED. Plaintiff shall have an extension of time to November 17, 2015, to serve his confidential letter brief. Defendant will not be prejudiced by the brief extension of time. All other deadlines set forth in the January 22, 2015 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 3, 2015**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE